# Court of Appeals
# of the State of Georgia

ATLANTA,  March 22, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1275. DENISE ROCHELLE JOHNSON v. CEDRIC WESLEY JOHNSON.

Denise Rochelle Johnson has filed this direct appeal from a trial court order denying her request for retroactive child support.  We lack jurisdiction.

Because this case involves the collection of child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2).  See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012); *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426 (731 SE2d 110) (2012).  Appeals in such matters must be taken by application for discretionary appeal. See *Booker*, supra. Denise Johnson's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider her appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  03/22/2017
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*